## A. M. GILSTRAP et al. v. STANDARD OIL COMPANY et al.

### No. 9389.

Circuit Court of Appeals, Ninth Circuit.

April 15, 1940.

N. Lindsay South, of Fresno, Cal., and R. C. W. Friday, of Los Angeles, Cal., for appellants.

Pillsbury, Madison & Sutro and Norbert Korte, all of San Francisco, Cal., for appellee Standard Oil Co.

Lawler, Felix & Hall and Marcus Mattson, all of Los Angeles, Cal., for appellee Standard Oil Co. of California.

James H. Oakley, of San Francisco, Cal., for appellees Johnson & Garbini.

F. D. Anderson and B. L. Linz, both of Los Angeles, Cal., for appellee Seaboard Oil Corporation.

Laurence Beilenson and William Berger, both of Los Angeles, Cal., for appellees L. Carr et al.

Walter L. Bowers, of Los Angeles, Cal., for appellee D. Pearce.

Frank M. Carr, of Oakland, Cal., and Morton Garbus, of Los Angeles, Cal., for appellee Donahue.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon failure of appellants to comply with the provisions of Rule 19 of the Rules of this Court requiring payment of deposit to cover estimated expense of printing the transcript of record, and this matter coming on regularly for hearing, all counsel being advised, and there being no appearance in open court on behalf of appellants, and no brief filed, ordered appeal dismissed for failure of appellants to comply with Rule 19 of this Court; that a decree of dismissal be filed and entered accordingly; mandate forthwith.